Order Filed on
**11/20/2014**
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

IN RE:                                          CHAPTER  7

HOVIE E. FORMAN,                         :      CASE NO. 07-27514(RG)

                                         :

        Debtor.                          :      **PEREMPTORY HEARING:**
                                                **Tuesday, November 25, 2014 at 11:30AM**

---

**ORDER SCHEDULING <u>PEREMPTORY HEARING</u>**
**ON JOINT MOTION OF TRUSTEE AND AMBOY BANK**
**FOR ENTRY OF AN ORDER (I) APPROVING STIPULATION AND**
**CONSENT ORDER, (II) AUTHORIZING THE TRUSTEE TO DISTRIBUTE FUNDS**
**HELD IN ESCROW AND (III) GRANTING RELATED RELIEF ON**
**<u>TUESDAY, NOVEMBER 25, 2014 AT 11:30AM</u>**

The relief set forth on the following pages, numbered two (2) is hereby
**ORDERED**.

**DATED: 11/20/2014**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page (2)

This matter having come before the Court on a letter from Mr. Aaron Forman dated

November 19, 2014 requesting an adjournment due to illness of a Joint Motion of Trustee and

Amboy Bank for entry of an Order (i) Approving Stipulation and Consent Order, (ii) Authorizing

the Trustee to Distribute Funds Held in Escrow and (iii) Granting Related Relief Filed by Joseph

L. Schwartz, Esq., said motion originally scheduled for Thursday, November 20, 2014, and for

good cause shown;

IT IS HEREBY ORDERED that the above referenced motion has been adjourned by this

Court to **TUESDAY, NOVEMBER 25, 2014 AT 11:30AM**, said hearing is a

**PEREMPTORY HEARING** and no further adjournments will be granted.

## CERTIFICATE OF SERVICE

Copies of this Order to Show Cause were mailed to the following parties on this_____
day of November, 2014.

*Approved by Judge Rosemary Gambardella   November 20, 2014*

# CERTIFICATE OF SERVICE

Copies of this Order to Show Cause were mailed to the following parties on this_____
day of November, 2014.

Aaron D. Forman
76 Bloomfield Street
Hoboken, NJ 07030

Michael R. Herz, Esq.
Attorney(s) for the Chapter 7 Trustee Catherine E. Youngman,
Forman Holt Eliades & Youngman LLC
80 Route 4 East
Paramus, NJ 07652

Catherine E. Youngman, Chapter 7 Trustee
Forman Holt Eliades and Youngman, LLC
80 Route 4 East, Suite 290
Paramus, NJ 07652

Kevin J. Larner, Esq.
Joseph L. Schwartz, Esq.
Attorney(s) for Amboy Bank
Riker Danzig Scherer Hyland & Perretti
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962

Vincent D'Elia, Esq.,
Attorney for Jerry and Elizabeth Forman
574 Newark Ave
Jersey City, NJ 07306

Jaimee L. Katz Sussner
Herrick Feinstein, LLP
One Gateway Center
Newark, New Jersey 07102

James J. Waldron

*Approved by Judge Rosemary Gambardella   November 20, 2014*